IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESIBETH LOPEZ,** : | **CIVIL ACTION** |
| Plaintiff, : | |
| : | |
| vs. : | NO.   20-cv-327 |
| : | |
| **KILOLO KIJIKAZI**[1]**,** : | |
| **Commissioner of Social Security,** : | |
| Defendant. : | |

**ORDER**

AND NOW, this   7TH   day of October, 2021, upon consideration of the Plaintiff's Request for Review (ECF No. 18), Defendant's response thereto (ECF No. 19), Plaintiff's modified Brief and Statement of Issues (ECF No. 22), and for the reasons provided in the accompanying Memorandum, IT IS HEREBY ORDERED that:

1. The Plaintiff's Request for Review is **GRANTED**;

2. This matter is **REMANDED** to the Commissioner for further proceedings consistent with the Court's Memorandum accompanying this Order; and

3. This case shall be marked **CLOSED** for statistical purposes.

BY THE COURT:

    /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi has been substituted for Andrew Saul as the Defendant in this case.